IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
PINE BLUFF DIVISION

**RICHARD COX**                                                                               **PETITIONER**

**v.**                            **CASE NO. 5:14CV00114 BSM**

**RAY HOBBS**                                                                  **RESPONDENT**

## ORDER

The findings and recommendation submitted by United States Magistrate Judge H. David Young have been received. No objections have been filed. After careful review, it is concluded that the findings and recommendation should be, and hereby are, approved and adopted in their entirety in all respects. Accordingly, the petition for writ of habeas corpus filed by Richard Cox is dismissed.

When entering a final order adverse to a habeas corpus petitioner, a certificate of appealability must be issued or denied. *See* Rule 11 of the Rules Governing Section 2254 Cases. A certificate of appealability may issue only if a petitioner has made a substantial showing of the denial of a constitutional right. 28 U.S.C. § 2253(c)(1)-(2). As there is no basis to issue a certificate of appealability, the certificate is denied.

IT IS SO ORDERED this 8th day of July 2014.

_____
UNITED STATES DISTRICT JUDGE